1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:   (702) 474-6400
4  Facsimile:   (888) 400-8799

5  *Attorney for Plaintiffs*
   *GERALD ELMER NAPOUK, individually and as*
6  *Co-Special Administrator of the Estate of LLOYD*
   *GERALD NAPOUK, MARY NAPOUK, individually*
7  *and as Co-Special Administrator of the Estate of LLOYD*
   *GERALD NAPOUK, and FREDRICK WAID as Co-Special*
8  *Administrator of the Estate of LLOYD GERALD NAPOUK*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN; and DOES 1 -10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-01859-JCM-BNW <br><br> **STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER** |

Plaintiffs, GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, BUFORD KENTON and CAMERAN GUNN (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

1. The PARTIES consent to electronic service of all documents in the above-referenced action pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED this 4th day of March, 2021.

| MARQUIS AURBACH COFFING | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:/s/ Craig R. Anderson<br>   Craig R. Anderson (SBN 6882)<br>   10001 Park Run Drive<br>   Las Vegas, Nevada 89145<br>   Attorneys for Defendants<br>   *LAS VEGAS METROPOLITAN POLICE DEPARTMENT BUFORD KENTON AND CAMERAN GUNN* | By: /s/ Peter Goldstein<br>   Peter Goldstein (SBN 6992)<br>   10161 Park Run Drive, Suite 150<br>   Las Vegas, Nevada 89145<br>   Attorneys for Plaintiffs<br>   *GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK* |

**ORDER**

IT IS SO ORDERED

DATED  March 9, 2021.

_____
UNITED STATES MAGISTRATE JUDGE