Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*GERALD ELMER NAPOUK, individually and as*
*Co-Special Administrator of the Estate of LLOYD*
*GERALD NAPOUK, MARY NAPOUK, individually*
*and as Co-Special Administrator of the Estate of LLOYD*
*GERALD NAPOUK, and FREDRICK WAID as Co-Special*
*Administrator of the Estate of LLOYD GERALD NAPOUK*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN; and DOES 1 -10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01859-JCM-BNW<br><br>**STIPULATION AND ORDER FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>**Exhibit 1 – Proposed First Amended Complaint** |

Plaintiffs, GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN. (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree to the following:

1

Plaintiffs GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK (collectively hereinafter "Plaintiffs") may file a First Amended Complaint to conform the allegations and claims for relief with additional information that recently was discovered and to delete the Ninth Claim for Relief, violation of Americans with Disability Act.

Plaintiffs may file the First Amended Complaint immediately upon receipt of the signed Order from the Court.

DATED this 9TH day of March, 2021.

| MARQUIS AURBACH COFFING | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:/s/ Craig R. Anderson<br>Craig R. Anderson (SBN 6882)<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants<br>*LAS VEGAS METROPOLITAN POLICE DEPARTMENT BUFORD KENTON AND CAMERAN GUNN* | By: /s/ Peter Goldstein<br>Peter Goldstein (SBN 6992)<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiffs<br>*GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK* |

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:06 pm, March 15, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**