**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Sgt. Kenton and Ofc. Gunn

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK; MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK and FREDERICK WAID, as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:20-cv-01859-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES (FIRST REQUEST)** |

Pursuant to LR 1(A) 6-1, Plaintiffs, by and through their counsel of record, Peter Goldstein, Esq. of Peter Goldstein Law Corp. and Defendants, by and through their counsel of record, Craig R. Anderson, Esq. of Marquis Aurbach Coffing, submit this Stipulation and Order to Extend Dispositive Motion Deadlines (First Request).  The parties respectfully request that the dispositive motion deadline be extended by thirty (30) days.

Currently, the dispositive motion deadline is December 8, 2021.  (ECF No. 23) The parties respectfully request that the dispositive motion deadline be extended until January 7, 2022.  Similarly, the parties hereby request that the last day to file a Joint Pre-Trial Order shall be extended thirty (30) days or until February 7, 2022.  In the event dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days

MAC:14687-311 4544173_1 11/30/2021 11:16 AM

1  after decision on the dispositive motions or upon further Order by the Court extending the
2  time period in which to file the Joint Pre-Trial Order.

3      The parties state that, pursuant to Local Rule 6-1, that good cause exists for the
4  requested extension. The parties agreed to take the depositions of the respective experts
5  after the close of discovery. The depositions have now occurred but the parties are waiting
6  on receiving the transcripts. The experts' deposition transcripts are necessary to the filing of
7  proper motions for summary judgment.

8      Further, the parties believe that dispositive motions may resolve several of the claims
9  (and maybe the entire case) and therefore could conserve judicial resources.

10     This extension request is made in good faith, jointly by the parties, and not for the
11 purposes of delay. Trial in this matter has not yet been set. Moreover, since this request is a
12 joint request, neither party will be prejudiced.

13     This is the first request for extension of the dispositive motion deadline in this
14 matter. The parties respectfully submit that the reason set forth above, constitute compelling
15 reasons for the extension.

16     WHEREFORE, the parties respectfully request that this Court extend the deadline to
17 file dispositive motions in the above-captioned case for thirty (30) days, up to and including
18 January 7, 2022.

19     IT IS SO STIPULATED this 30th day of November, 2021.

20 MARQUIS AURBACH COFFING      PETER GOLDSTEIN LAW CORP.

22 By: *s/Craig R. Anderson*      By: *s/Peter Goldstein*
    Craig R. Anderson, Esq.      Peter Goldstein, Esq.
    Nevada Bar No. 6882      Nevada Bar No. 6992
23     10001 Park Run Drive      10161 Park Run Drive, Ste. 150
    Las Vegas, Nevada 89145      Las Vegas, Nevada 89145
24     Attorney for Defendants LVMPD, Sgt.      Attorney for Plaintiffs
    Kenton and Ofc. Gunn

### Order

**IT IS SO ORDERED**

**DATED:** 9:56 am, December 01, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MAC:14687-311 4544173_1 11/30/2021 11:16 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816