Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*GERALD ELMER NAPOUK, individually and as*
*Co-Special Administrator of the Estate of LLOYD*
*GERALD NAPOUK, MARY NAPOUK, individually*
*and as Co-Special Administrator of the Estate of LLOYD*
*GERALD NAPOUK, and FREDRICK WAID as Co-Special*
*Administrator of the Estate of LLOYD GERALD NAPOUK*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01859-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 26)** |

Plaintiffs, GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, BUFORD KENTON and CAMERAN GUNN (collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

1

1. The PARTIES agree to extend the time for Plaintiffs to file their response to Defendants Motion for Summary Judgment from January 28, 2022 to March 1, 2022.

IT IS SO STIPULATED.

DATED this 11th day of January, 2022.

| MARQUIS AURBACH COFFING | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:/s/ Craig R. Anderson<br>Craig R. Anderson (SBN 6882)<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants<br>*LAS VEGAS METROPOLITAN POLICE DEPARTMENT BUFORD KENTON AND CAMERAN GUNN* | By: /s/ Peter Goldstein<br>Peter Goldstein (SBN 6992)<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiffs<br>*GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, and FREDRICK WAID as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK* |

## ORDER

IT IS SO ORDERED

DATED January 12, 2022.

                              _____
                              UNITED STATES DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 11th day of January 2022, a true and correct copy of the following document **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. 26]; [PROPOSED] ORDER** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Craig R. Anderson, Esq.
> MARQUIS AURBACH COFFING
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone:   (702) 382-0711
> Facsimile:   (702) 382-5816
> Email: canderson@maclaw.com
>            SMong@maclaw.com
> *Attorneys for Defendants LVMPD,*
> *Sgt. Kenton and Ofc. Gunn*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp

3



        **Peter Goldstein <pglawstaff@petergoldsteinlaw.com>**

---

## Fwd: [External] Napouk SAO extend date to respond
1 message

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>        Tue, Jan 11, 2022 at 1:47 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


---------- Forwarded message ---------
From: **Craig Anderson** <canderson@maclaw.com>
Date: Tue, Jan 11, 2022 at 11:40 AM
Subject: RE: [External] Napouk SAO extend date to respond
To: Peter Goldstein <peter@petergoldsteinlaw.com>
Cc: Sherri Mong <SMong@maclaw.com>


Sounds good.

Sherri will get you a copy of the disc



**Craig R. Anderson, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.942.2136

f | 702.382.5816

canderson@maclaw.com | vcard

maclaw.com



 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law

---

**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Tuesday, January 11, 2022 11:04 AM
**To:** Craig Anderson <canderson@maclaw.com>
**Subject:** Re: [External] Napouk SAO extend date to respond


Thanks Craig, how about 3 more weeks, btw, can i swing by and pick up the discs so i can cite to the audio video names as they were filed with the court?




|_____|

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230

Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Tue, Jan 11, 2022 at 10:01 AM Craig Anderson <canderson@maclaw.com> wrote:

> Are you sure you just want a week? Put in whatever date you want and file it with my approval
>
> 
>
> **Craig R. Anderson, Esq.**
>
> 10001 Park Run Drive
>
> Las Vegas, NV 89145
>
> t | 702.942.2136
>
> f | 702.382.5816
>
> canderson@maclaw.com | vcard
>
> maclaw.com
>
> 
>
>  Please consider the environment before printing this e-mail!
>
> DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach Coffing - Attorneys at Law
>
> ---
>
> **From:** Peter Goldstein <peter@petergoldsteinlaw.com>
> **Sent:** Monday, January 10, 2022 5:41 PM
> **To:** Craig Anderson <canderson@maclaw.com>
> **Subject:** [External] Napouk SAO extend date to respond
>
> Craig,
>
> attached is the stip and order to extend the response date, if ok please let me know and I can file. i noticed the cert of service date is wrong and i will fix it.

Peter

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230

Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.