**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
    Attorneys for Defendants LVMPD, Sgt. Kenton and Ofc. Gunn

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD ELMER NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK; MARY NAPOUK, individually and as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK and FREDERICK WAID, as Co-Special Administrator of the Estate of LLOYD GERALD NAPOUK, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN and DOES 1-10, inclusive, <br><br> Defendants. | Case Number: <br> 2:20-cv-01859-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR LVMPD DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)** <br><br> **(FIRST REQUEST)** |

Plaintiffs, by and through their counsel of record, Peter Goldstein, Esq. of Peter Goldstein Law Corp. and Defendants, by and through their counsel of record, Craig R. Anderson, Esq. of Marquis Aurbach, submit this Stipulation and Order to Extend Deadline for the LVMPD Defendants to File Their Reply to Plaintiffs' Memorandum of Points and Authorities in Response to Motion for Summary Judgment (First Request). (ECF No. 32)

**I.      PROCEDURAL HISTORY**

1. On January 7, 2022, the LVMPD Defendants filed their Motion for Summary Judgment. (ECF No. 26)

2. On March 1, 2022, the Plaintiffs filed their Memorandum of Points and Authorities in Response to Defendants' Motion for Summary Judgment. (ECF No. 26)

MAC:14687-311 4643691_1 3/7/2022 4:16 PM

3. The LVMPD Defendants' Reply to Plaintiffs' Opposition is currently due March 15, 2022.

4. Counsel for the LVMPD Defendants was in a jury trial from February 28, 2022 until March 4, 2022 in *Vasquez-Brenes v. LVMPD*, *et. al.*, A-17-752742-C.

5. The undersigned will be out of the office taking depositions in Reno, Nevada the week of March 14-18, 2022.

## II. STIPULATION AND ORDER

Based upon the above, the parties hereby STIPULATE TO THE FOLLOWING:

1. The LVMPD Defendants' Reply to Plaintiffs' Memorandum of Points and Authorities in Response to Defendants' Motion for Summary Judgment would be extended from March 15, 2022 to April 5, 2022.

IT IS SO STIPULATED this 7th day of March, 2022.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorney for Defendants LVMPD, Sgt. Kenton and Ofc. Gunn | By: *s/Peter Goldstein* <br> Peter Goldstein, Esq. <br> Nevada Bar No. 6992 <br> 10161 Park Run Drive, Ste. 150 <br> Las Vegas, Nevada 89145 <br> Attorney for Plaintiffs |

IT IS SO ORDERED March 7, 2022.

United States District Court Judge

MAC:14687-311 4643691_1 3/7/2022 4:16 PM